[No. 37510-9-II.  Division Two.  June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA MARIE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02186-0, Susan Serko, J., entered March 26, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37580-0-II.  Division Two.  June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE C. GOULEY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00025-7, James B. Sawyer II, J., entered April 7, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 37620-2-II.  Division Two.  June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH PATRICK DORN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03815-1, Linda CJ Lee, J., entered April 18, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 37754-3-II.  Division Two.  June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. D.V.B., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-8-00052-8, Theodore F. Spearman, J., entered May 13, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, J.; Hunt, J., dissenting.